UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASNAT REALTY, LLC and<br>EVERGREEN POWER, LLC,<br><br>    Plaintiffs<br><br>v.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:12-cv-01794 |

## GRANT MACKAY COMPANY, INC.'S MOTION TO INTERVENE

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Grant Mackay Company, Inc. ("Grant Mackay") hereby move to intervene in this action. For the reasons stated below, Grant Mackay should be allowed to intervene as a matter of right under Fed. R. Civ. P. 24(a)(2) or, alternatively, permissively under Fed. R. Civ. P. 24(b)(1). As grounds for its motion, Grant Mackay shows that, as the principal on the performance bond underlying this action, its motion is timely; it has an interest relating to the property or transaction that is the subject of the action; without intervention, the disposition of this action may impair or impede Grant Mackay's ability to protect its interest; and Grant Mackay's interests are not adequately represented by the other parties in this action. In addition, Grant Mackay's claim and the main action have questions of law and fact in common. In support of this motion, Grant Mackay is filing herewith (a) a Memorandum of Law in support of its motion to intervene, (b) the pleading it will file if allowed to intervene, and (c) an affidavit from Mr. Harry Seffker, an employee of Grant Mackay.

Oral Argument Requested
21014700.1

For these reasons and those set out in the accompanying memorandum, Grant Mackay respectfully requests that the Court grant its motion to intervene.

Respectfully submitted this 13th day of May, 2013

    s/    Ronald W. Zdrojeski
Ronald W. Zdrojeski (ct01089)
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
*Attorneys for Grant Mackay Company, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ASNAT REALTY, LLC and<br>EVERGREEN POWER, LLC, | : <br> : <br> : | CIVIL ACTION NO.<br>3:12-cv-01794 |
| Plaintiffs | : <br> : | |
| v. | : <br> : | |
| STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY, | : <br> : <br> : | |
| Defendant. | : | |

## CERTIFICATION OF SERVICE

I hereby certify that on this 13th day of May, 2013, this Motion to Intervene was filed electronically through the ECF system and served by mail on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


 s/ Ronald W. Zdrojeski
Ronald W. Zdrojeski (ct01089)
*Attorneys for Grant Mackay Company, Inc.*

21014700.1