**LOG OF ATTORNEY/CLIENT PRIVILEGED DOCUMENTS**

**Log of Attorney-Client Privileged Documents**

The following are documents not delivered due to attorney/client privilege:

1. Retainer Agreement with Halloran & Sage LLP.
2. Internal Memo drafted by Uri Kaufman, Esq. re the Cease and Desist Order.
3. Retainer Agreement from Cohn Birnbaum & Shea.
4. Conflict of Interest Waiver Agreement with the law firm of Jacobi & Case.
5. Retainer Letter, not executed, with the Law Offices of Martha Dean.
6. Draft Assignment Agreement between E&A & Quinnipiac Energy containing Uri Kaufman's handwritten comments.
7. Memos and other attorney work product related to the DEEP Administrative Order issued in April, 2013.
8. Memos and other attorney work product related to the demolition contracts executed with Grant McKay Demolition Company ("GM") as well as the payment & performance bonds related to those contracts.
9. Memos and other attorney work product related to the litigation between Evergreen Power LLC & Asnat Realty LLC ("E&A") and United Illuminating Company ("UI") over the easement UI purports to hold over the English Station site (the "Site").
10. Retainer letter with attorney Elliot Gersten, Esq.
11. Memos and other attorney work product related to the litigation between E&A and GM.
12. Retainer letter with attorneys Hiscock & Barclay LLC.

13. Invoices from Halloran & Sage LLC including description of legal work performed.

14. Memos and other attorney work product related to the lease executed between E&A and QE.

15. Retainer letter and agreements with attorneys Jacobi & Case LLC.

16. Retainer letter with attorneys Saltzman & Wallman, LLP.

17. Retainer letter with attorneys Levy & Droney, LLP.

18. Memos and other attorney work product related to the purchase agreement executed between E&A and QE.

19. Retainer letter with attorney Sheldon Schorer.

20. Memos and other attorney work product related to the litigation between E&A and UI over the environmental liability.

21. Memos and other attorney work product related to the zoning of the Site.

22. Proposed retainer letter from Nixon Peabody.

23. Legal memo from Nixon Peabody.

24. Attorney letter from Nicholas Harding, Esq., dated April 30, 2008.

25. Attorney work product of Uri Kaufman, Esq. related to Securities and Exchange Commission filing.

26. Attorney work product of Uri Kaufman, Esq. related to tax certiorari filing.

27. Attorney work product of Uri Kaufman, Esq.

28. Drafts of agreements with Harbert Power, representing the attorney work product of Uri Kaufman, Esq.

29. Communications with attorney Jules Epstein, Esq.

30. Retainer agreement with attorney John Acompora, Esq.