| Number | Privilege | Document Type | Subject | Date | Time | Author | Recipient(s) | cc(s) |
|---|---|---|---|---|---|---|---|---|
| 1 | Attorney-Client | Printed E-mail | RE: Tax Bill for New haven for period of 2006 | 11/16/2007 | 10:04AM | Hmanke@uks.com | Urikaufman@aol.com, dabtlmt@yahoo.com | |
| 2 | Attorney-Client | Printed E-mail | RE: Tax Bill for New haven for period of 2006 | 11/16/2007 | 9:33AM | Urikaufman@aol.com | dabtlmt@yahoo.com, Hmanke@uks.com | |
| 3 | Attorney-Client | Printed E-mail | Evergreen (filings with court concerning appeals) | 12/18/2007 | 10:05AM | Hmanke@uks.com | Urikaufman@aol.com, dabtlmt@yahoo.com | |
| 4 | Attorney-Client | Printed E-mail | Follow up (retainer agreements/settlement proposals/dep | 9/24/2008 | 3:36PM | Hmanke@uks.com | Urikaufman@aol.com, dabtlmt@yahoo.com | |
| 5 | Attorney-Client | Printed E-mail | RE: Evergreen (2005 tax issue case) | 10/28/2008 | 1:03PM | Hmanke@uks.com | dabtlmt@yahoo.com | Urikaufman@aol.com, RDecrescenzo@uks.com |
| 6 | Attorney-Client | Printed E-mail | RE: Evergreen (2005 tax issue case) | 10/27/2008 | 8:16PM | dabtlmt@yahoo.com | Hmanke@uks.com | Urikaufman@aol.com, RDecrescenzo@uks.com |
| 7 | Attorney-Client | Printed E-mail | RE: Evergreen (2005 tax issue case) | 10/27/2008 | 6:32PM | Urikaufman@aol.com | Hmanke@uks.com | RDecrescenzo@uks.com |
| 8 | Attorney-Client | Printed E-mail | RE: Evergreen (2005 tax issue case) | 10/27/2008 | 6:40PM | Hmanke@uks.com | Urikaufman@aol.com, dabtlmt@yahoo.com | RDecrescenzo@uks.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | Attorney-Client | Printed E-mail | RE: Evergreen (2005 tax issue case) | 10/27/2008 | 6:32PM | Urikaufman@aol.com | dabtlmt@yahoo.com, Hmanke@uks.com | RDecrescenzo@uks.com |
| 10 | Attorney-Client | Printed E-mail | Stipulation re: Evergreen and Asnat | 2/20/2009 | 12:22PM | Hmanke@uks.com | Urikaufman@aol.com, usaharmony@gmail.com | RDecrescenzo@uks.com |
| 11 | Attorney-Client | Printed E-mail | RE: (no subject) (United Illuminated litigation) | 6/2/2008 | 11:20AM | nharding@reidanddriege.com | Urikaufman@aol.com | |
| 12 | Attorney-Client | Printed E-mail | RE: (no subject) (United Illuminated litigation) | 6/1/2008 | 10:44PM | Urikaufman@aol.com | nharding@reidanddriege.com | dabtlmt@yahoo.com |