UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
EVERGREEN POWER, LLC.,            \*
and ASNAT REALTY, LLC              \*    No: 3:12-cv-01794-SRU
                                    \*
Plaintiffs,                                    \*
                                    \*
v.                                            \*
                                    \*
STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY                \*    FEBRUARY 17, 2016
\*
Defendant                                   \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO RE-OPEN DOCKET

In accordance with the Court's order dated December 30th, 2016 (Docket #66), Plaintiffs, Evergreen Power, LLC and Asnat Realty, LLC, by and through their undersigned counsel, respectfully move to open this case on the grounds that the purpose for which stay was entered pending resolution of other matters has not obviated the need for resolution of claims made in this proceeding.

This action involves a dispute between the owners of the former English Station power generation plant in New Haven and their demolition and site preparation contractor and its surety over various breaches of contractual responsibilities related to decommissioning and preparing the former power plant for re-use. This action is a companion litigation to a number of federal and state court litigation matters and state administrative agency actions regarding disputes concerning liabilities arising out of the condition of English Station.

1

Upon motion of the parties, this action was stayed by the Court by order dated August 1, 2014 (Docket #56) on the representation that the parties "are seeking a global resolution through mediation of this entire dispute involving environmental remediation at the former English Station power facility in New Haven."

In early December, 2016, the undersigned counsel to the plaintiffs filed an appearance in anticipation of seeking to lift the stay on the grounds that while many issues have been resolved by efforts of the parties and governmental entities involved, the apportionment of liabilities raised in this suit still require further litigation. Thereafter on December 30th, 2016, the court issued order (Docket #66) directing the clerk "to administratively close the file without prejudice to reopening upon the filing of a motion to reopen by any party".

It is the intention of the plaintiffs to file a motion to amend the pleadings based on the current status and to promptly move this case forward. Wherefore, plaintiffs respectfully move the court to re-open the case.

Respectfully submitted,

FOR PLAINTIFFS
ASNAT REALTY, LLC and EVERGREEN POWER, LLC

_____
By Keith R. Ainsworth
Law Offices of Keith R. Ainsworth, Esq., L.L.C.
51 Elm Street, Suite 201
New Haven, CT 06510-2049
Tel:(203)435-2014
Fax:(203)865-1021
keithrainsworth@live.com
Fed Bar #ct08118

<u>Certificate of Service</u>

      I hereby certify that on February 17, 2017, a copy of foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      By Keith R. Ainsworth
      Law Offices of Keith R. Ainsworth, Esq., L.L.C.
      51 Elm Street, Suite 201
      New Haven, CT 06510-2049
      Tel:(203)435-2014
      Fax:(203)865-1021
      keithrainsworth@live.com
      Fed Bar #ct08118